# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:11CR22** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **KENNETH LONEWOLF,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion to suppress filed by defendant Kenneth Lonewolf (Lonewolf) (Filing No. 16) and Lonewolf's motion to withdraw the motion to suppress (Filing 25). The motion to withdraw (Filing No. 25) is granted and the Clerk shall term the motion to suppress (Filing No. 16) on the docket.

**IT IS SO ORDERED.**

DATED this 25th day of March, 2011.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge