# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:11CR22 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| KENNETH LONEWOLF, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion to continue trial by counsel for the government (Filing No. 28). The court held a telephone conference with counsel on April 4, 2011. Both counsel requested a trial be set commencing April 18, 2011. Upon consideration, the motion will be granted as set forth below.

**IT IS ORDERED:**

1. The motion to continue trial (Filing No. 28) is granted.

2. Trial of this matter is re-scheduled for **April 18, 2011,** before Chief Judge Joseph F. Bataillon and a jury.

DATED this 5th day of April, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge