IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | Case No. 8:11CR22 |
| Plaintiff,        ) | |
| ) | |
| vs.        ) | ORDER TO WITHDRAW |
| ) | EXHIBITS |
| ) | |
| KENNETH LONEWOLF,        ) | |
| ) | |
| Defendant.        ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

  Government Exhibits 1,2, 4-10

  Defendant Exhibits 101-105, 106, 107

  Jury Trial Held 4/18 - 4/20/11

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 12th day of May, 2011.


   s/ Joseph F. Bataillon
   Chief United States District Judge